Case 3:17-cr-00280-DMS   Document 1   Filed 01/11/17   PageID.1   Page 1 of 6

JOHN J. YAP
X6774
1/11/2017

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 11 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Edward Quintero MARMOLEJO,<br>Lesly Marlim CUELLAR,<br><br><br><br>　　　　　　　Defendants. | Magistrate Docket No.<br><br>**'17 MJ 0078**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about January 10, 2017, within the Southern District of California, defendant Edward Quintero MARMOLEJO and Lesly Marlim CUELLAR, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Cristian LEYVA-Bucio, Constantino MENDOZA-Santos and Ernesto SANTIAGO-Mejia, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　　　James L. Trombley
　　　　　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 11th DAY OF January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NITA L. STORMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge



**CONTINUATION OF COMPLAINT:**
Edward Quintero MARMOLEJO,
Lesly Marlim CUELLAR

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Cristian LEYVA-Bucio, Constantino MENDOZA-Santos and Ernesto SANTIAGO-Mejia, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 10, 2017, Border Patrol Agents A. Brown and E. Seyfarth, members of the Boulevard Border Patrol Station Abatement Team, were conducting anti-smuggling operations in the town of Boulevard, California in the Boulevard Border Patrol Station's Area of Responsibility. The town of Boulevard is located approximately 20 miles east of the Tecate, California Port of Entry and immediately north of the United States/Mexico International Border. Agents Brown and Seyfarth were wearing plainclothes and operating an unmarked Agency vehicle with functioning lights and siren. Agent Brown was the driver andAgent Seyfarth was the passenger.

Agents Brown and Seyfarth were stationary, observing traffic near the Ribbonwood Road and Interstate 8, which is located in Boulevard, California. This area is approximately five miles west of Jacumba, California. At approximately 9:50 a.m., Agent J. Mares notified agents in the area via service radio, that he received a report from a local citizen, informing him that a blue Volkswagen Jetta had just picked a group of suspected illegal aliens. Agent Mares stated that the blue Volkswagen Jetta was last seen traveling westbound on Old Highway 80 (Old 80) toward Ribbonwood Road.

Agent Mares also stated that the vehicle reportedly picked up the group of suspected illegal aliens on Old 80 near the 31.5 mile marker. The 31.5 Mile marker is located on the eastbound lanes of Old 80 and is approximately one mile north of the International Border. During this time, Agent Brown also had knowledge that other agents were following shoe prints of a group of three suspected illegal aliens near and around this particular area. Agent Brown contacted Agent Mares via service radio and informed him that he would be on the lookout for the vehicle on Ribbonwood Road.

At approximately 9:55 a.m., Agent Brown observed a blue Volkswagen Jetta turn northbound on Ribbonwood Road from Old 80. As the blue Jetta was passed Agent Brown's location, he was able to notice that the vehicle did not have license plates. Agent Brown also noticed that the

CONTINUATION OF COMPLAINT:
Edward Quintero MARMOLEJO,
Lesly Marlim CUELLAR

car had tinted windows, black rims, and a sticker on the back windshield. This aroused Agent Brown's suspicion due to the fact that on December 31, 2016, he observed a blue Volkswagen Jetta of the same description. That blue Jetta also had tinted windows, black rims, and a sticker on the back windshield. On that day, Agent Brown believed that the driver of that blue Jetta had picked up illegal aliens on Old 80 near the 32.5 MM. Agent Brown subsequently followed the blue Jetta and requested a stolen vehicle/registration checks on the vehicle from San Diego Sector Communications. The vehicle information did not match the blue Jetta and it was determined that the vehicle was bearing license plates from another car.

Agents from the Boulevard Station initiated a vehicle stop on the blue Jetta and it subsequently fled into El Centro, California where the vehicle was unable to be located. Due to that prior event, and the similar characteristics of this blue Jetta, he suspected that it may be the same vehicle that fled on December 31, 2016.

Once the blue Jetta passed Agent Brown, he observed the vehicle enter onto the eastbound ramp of I-8. Agent Brown then entered onto I-8 in order to follow the vehicle and conduct further surveillance. At this particular time there were stretches on I-8, from the Ribbonwood Interchange to the In-ko-Pah Interchange, that were under construction. Agent Brown noticed that all traffic traveling east of the Ribbonwood Interchange, was being diverted into the left lane via cones and construction signs. Agent Brown observed that the driver of the blue Jetta was traveling at a high rate of speed through the construction zone.

Agent Brown eventually was able to catch up to the vehicle due to the impeding traffic on I-8. As Agent Brown got closer to the blue Jetta, the construction zone ended and both lanes were accessible to the traveling public. At this time Agent Brown noticed that the vehicle began to accelerate and hastily past other vehicles on I-8. This further aroused Agent Brown's suspicion because the driver seemed to be making a concerted effort to elude him.

At approximately 10:05 a.m., Agent Brown observed the blue Volkswagen exit the Jacumba Interchange. As Agent Brown exited the Jacumba Interchange, he immediately looked south to see if the vehicle was at the gas station or traveling southbound on Carrizo Gorge Road. Agent Brown did not see the blue Jetta at the aforementioned locations so he began to reenter I-8 via the eastbound on ramp. As Agent Brown was entering the on ramp, he saw the blue Jetta heading north towards the west bound on ramp. Agent Brown then reversed his vehicle back toward the intersection so that he could continue to follow the blue Jetta.

CONTINUATION OF COMPLAINT:
Edward Quintero MARMOLEJO,
Lesly Marlim CUELLAR


As Agent Brown headed north from the intersection he saw Agents D. Guerrero and R. Grainger chasing a group of individuals eastbound into the brush. At the same time, the blue Jetta was entering the west bound on ramp of I-8. Agent Brown then proceeded to follow the vehicle westbound on I-8. At approximately 10:07 a.m., Agent Grainger informed agents in the area that he just arrested three aliens, later identified as material witnesses, Cristian LEYVA-Bucio, Constantino MENDOZA-Santos, and Ernesto SANTIAGO-Mejia for being present in the United States illegally. Agent Brown believed that those three illegal aliens had been dropped off by the blue Jetta.

As Agent Brown was following the blue Jetta westbound on I-8, Agent Mares requested an agent that was driving a marked Border Patrol vehicle, to perform a vehicle stop. Border Patrol Agent J. Meers acknowledged the request and said he would be waiting in the median of I-8 approximately two miles east of the Ribbonwood Interchange.

At approximately 10:09 a.m., Agent Meers initiated a vehicle stop on the blue Jetta in the westbound lanes of I-8 near callbox 691. The driver failed to yield and continued westbound on I-8. Agent Brown then alerted Campo agents via service radio to be on the lookout for the blue Volkswagen Jetta headed toward their area. As Agents Meers and Brown pursued the vehicle westbound on I-8, they entered another construction zone just west of the Ribbonwood Interchange. When the blue Jetta entered the construction zone, the driver began to perform very dangerous and evasive maneuvers. Agent Brown observed the vehicle go through the cone patterns and drive in the prohibited lane in order to get around other vehicles. Agent Brown also observed the vehicle driving around construction signs and passing cars on the shoulder of I-8. As the vehicle continued to flee, there were other agents that were traveling along I-8 west of the blue Jetta. Agent Brown also observed the blue Jetta nearly collide with a California Highway Patrol Officer that was monitoring the construction zone. The construction zone ended approximately one mile east of the Crestwood Interchange.

After exiting the construction zone, the blue Jetta accelerated to a high rate of speed in order to evade the pursuing agents. At approximately 10:17 a.m., Agent Brown observed the blue Jetta exit at the Crestwood Interchange and proceed south on Old 80. The vehicle then continued southbound on Church Road into Campo's Station's area of responsibility. The vehicle continued south on Church Road toward Highway 94. At this time, Campo Agents notified other agents that they would be setting up tire deflation devices on Highway 94 just west of Church Road. At approximately 10:23 a.m., the blue Jetta traveled eastbound on Highway 94 from Church Road. Agent Brown continued to follow the vehicle as it headed eastbound toward

CONTINUATION OF COMPLAINT:
Edward Quintero MARMOLEJO,
Lesly Marlim CUELLAR

Boulevard. While traveling eastbound on Highway 94, Agent Brown observed the driver travel at a high rate of speed through another construction zone approximately a half mile east of Church Road.

Agent Brown observed the driver recklessly speed by numerous construction workers that were on the side of the road. After exiting the construction zone, the blue Jetta continued eastbound on Highway 94 towards Ribbonwood Road. At approximately 10:27 a.m., Agent Brown observed the blue Jetta travel north on Ribbonwood Road and then head back eastbound on I-8. As Agent Brown followed the vehicle, he observed the driver continue to perform dangerous maneuvers on the highway. At approximately 10:33 a.m., Agent Brown discontinued the pursuit as it headed into El Centro's area.

At approximately 10:34 a.m., Agent Brown contacted El Centro Border Patrol agents via service radio and informed them of the blue Jetta. El Centro Border Patrol agents acknowledged and informed Agent Brown that they would be waiting for the vehicle at the Mountain Springs Interchange. Agent Brown continued eastbound on I-8 in order to maintain visual of the blue Jetta but lost sight of the vehicle at approximately 10:36 a.m. At this time, air support from the Office of Air and Marine San Diego Branch (Omaha,) arrived and was able to maintain visual of the blue Jetta. Omaha informed agents that the vehicle continued eastbound on I-8 past the Mountain Springs Interchange. As the blue Jetta passed Mountain Springs, El Centro agents were able to locate the vehicle and attempted to follow it. Due to the speed of the vehicle, El Centro agents lost sight of the blue Jetta as it continued eastbound on I-8. However Omaha was still able to maintain visual of the blue Jetta, and confirmed that the vehicle was still traveling eastbound on I-8 and was approaching the I-8 and Highway 98.

At approximately 10:41 a.m., Agent Brown re acquired visual of the blue Jetta exiting on Highway 98. Agent Brown then followed the blue Jetta eastbound on Highway 98. At approximately 10:49 a.m., El Centro agents informed via service radio that they were setting up the spikes at Pole Road and Highway 98. At approximately 10:52 a.m., the spikes were deployed and the vehicle went around the device. The blue Jetta continued eastbound on Highway 98 toward Calexico, California. At approximately 10:53 a.m., Agent Brown lost visual of the blue Jetta due to its high rate of speed. During this time Omaha had sole visual of the vehicle as it continued eastbound on Highway 98. At approximately 10:54 a.m., Omaha advised that the blue Jetta was slowing down. Omaha then informed that the vehicle turned off of Highway 98 and came to a stop. Agent Brown saw the blue Jetta stationary at the corner of Ferrell Road and Highway 98. As Agent Brown arrived on scene, the driver later identified as

**CONTINUATION OF COMPLAINT:**
**Edward Quintero MARMOLEJO,**
**Lesly Marlim CUELLAR**

defendant, Edward Quintero MARMOLEJO, exited the vehicle and ran to the passenger side of the car. At approximately 10:55 a.m., Supervisory Border Patrol Agent A. Merino approached MARMOLEJO and placed him under arrest for alien smuggling. At the same time Agent D. Phangtong approached the passenger, later identified as the defendant, Lesly Marlim CUELLAR, and placed her under arrest for alien smuggling.

Defendant MARMOLEJO was read his Miranda rights. MARMOLEJO stated he understood his rights and were willing to speak without an attorney present. MARMOLEJO stated that that he left his house about 8:30 a.m., to drive to Boulevard to get an application at Blattner Energy. MARMOLEJO stated that he was accompanied by his girlfriend and the vehicle belongs to him. MARMOLEJO stated that he was trying to find Blattner Energy when he observed three individuals hitchhiking. MARMOLEJO stated that he picked them up and they asked that they be dropped off at the closest gas station. MARMOLEJO stated that when he saw he was being followed by law enforcement he pulled over and told the people he had picked up to get out of his vehicle. He got back on the interstate and was speeding between 90-100 MPH through a construction zone. MARMOLEJO eventually pulled over because he realized he was low on gas, but stated that he would have kept going if he would have had enough gas.

Defendant CUELLAR was read her Miranda rights. CUELLAR stated that she understood and was willing to speak without an attorney present. CUELLAR stated that an unknown person called them this morning to let them know that there were three illegal aliens for them if they wanted them.

Material Witnesses, LEYVA, MENDOZA, and SANTIAGO stated they are citizens of Mexico illegally present in the United States. All subjects stated that they do not have any immigration documents allowing them to enter or remain in the United States legally. LEYVA and MENDOZA stated that arrangements had been made in Mexico to be smuggled and they were to pay $6,500.00-$7,500.00 U.S. dollars to be smuggled into the United States. All subjects stated that there was a male driver and a female passenger in the vehicle. LEYVA and MENDOZA stated that the driver was driving recklessly. LEYVA also stated that the female instructed them to lay down.